UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jerald Boitnott,

    Plaintiff,

v.

Home Depot U.S.A., Inc.,

    Defendant.

Case No. 19-cv-0944 (WMW/ECW)

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Based upon the Stipulation For Dismissal With Prejudice, (Dkt. 15), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 20, 2019

    s/Wilhelmina M. Wright
    Wilhelmina M. Wright
    United States District Judge