# UNITED STATES DISTRICT COURT
## District of Minnesota

Jerald Boitnott

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 19-cv-944 WMW-ECW

Home Depot U.S.A., Inc.

Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above matter is **DISMISSED WITH PREJUDICE** and without costs or

disbursements awarded to any party.

Date: 9/23/2019

KATE M. FOGARTY, CLERK

s/Meghan Brigan

(By)  Meghan Brigan, Deputy Clerk